**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

April 13, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM
                              DEPUTY

AMBER T. HEAVILAND,                §
                                   §
        **Plaintiff,**             §
                                   §
v.                                 §        **CIVIL NO. SA-26-CV-1092-OLG**
                                   §
DEPARTMENT OF FAMILY AND           §
PROTECTIVE SERVICES,               §
                                   §
        **Defendant.**             §

## ORDER

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (the "Report") (Dkt. No. 5) concerning Plaintiff Amber T. Heaviland's request to proceed in forma pauperis in these proceedings. *See* Dkt. No. 1. Plaintiff did not file objections to the Report.

When no party objects to a magistrate judge's report and recommendation, the Court need not conduct a de novo review of the entire record. *See* U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendation to which objection is made."); FED. R. CIV. P. 72(b). Rather, the Court need only review the magistrate judge's report and recommendation to determine whether it is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed the Report and is of the opinion that it is correct. Accordingly, the Report (Dkt. No. 5) is **ACCEPTED** and, for the reasons set forth therein, Plaintiff's case is **DISMISSED** as frivolous under § 1915(e).

Any pending motions are **DISMISSED AS MOOT**.

This case is **CLOSED**.

**IT IS SO ORDERED.**

2

SIGNED on April ___13___, 2026.

ORLANDO L. GARCIA
United States District Judge